UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>NOEL MORENO-AVALOS,<br><br>                              Defendant. | Case No.: 22CR0070-JLS<br><br>**ORDER CONTINUING SENTENCING HEARING** |

Defendant has not filed a sentencing summary chart as required by Local Criminal Rule 32.1(a)(8).  Accordingly, the Court hereby **VACATES** the Sentencing Hearing currently set for **May 13, 2022**; the hearing is **CONTINUED** to **Friday, June 24, 2022** at **9:00 a.m.**

IT IS SO ORDERED.

Dated:  May 10, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

1

22CR