UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>NOEL MORENO-AVALOS,<br><br>                              Defendant. | Case No.: 22CR0070-JLS<br><br>**ORDER CONTINUING SENTENCING HEARING AND REQUIRING RESPONSE TO DEFENDANT'S OBJECTIONS TO PRESENTENCE REPORT** |
|---|---|

On the Court's own motion, IT IS HEREBY ORDERED that the Sentencing Hearing is continued from November 16, 2022, to **December 16, 2022** at **9:00 a.m.**

IT IS FURTHER ORDERED that Plaintiff file a response to Defendant's Objections to the Presentence Report (ECF No. 33) by December 2, 2022.

IT IS SO ORDERED.

Dated: November 10, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge